**COHEN TAUBER SPIEVACK & WAGNER P.C.**
Joseph M. Vann (NJ Attorney ID No. 041031987)
420 Lexington Avenue, Suite 2400
New York, New York 10170
Tel.: (212) 586-5800
jvann@ctswlaw.com

*Counsel to Defendant Justin Zayat*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ZAYAT STABLES, LLC,<br><br>Debtor.<br><br>—————————————————<br><br>MGG INVESTMENT GROUP LP,<br><br>Plaintiff,<br><br>v.<br><br>ZAYAT STABLES, LLC, AHMED A. ZAYAT, and JUSTIN ZAYAT,<br><br>Defendants. | Case No.: 20-20524<br><br>Adv. Pro. No.: 21-01263<br><br>Judge: Hon. Vincent F. Papalia<br><br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on October 26, 2021 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Justin Zayat, (the "Movant"), will move before the Honorable Vincent F. Papalia, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey for an order withdrawing the reference. Upon the return date of the motion, the undersigned shall rely upon the motion and the oral argument of counsel, if necessary.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 9013-1 of the Rules of Procedure governing the practice before the United States Bankruptcy Court for the District of New Jersey, this motion may be deemed uncontested if no one files written responses and serves same on counsel for the moving party seven days or more before the return date. If no responsive pleading is filed the Court may enter the relief requested on the papers submitted.

Dated:  September 28, 2021

                                        COHEN TAUBER SPIEVACK & WAGNER P.C.

By: /s/ Joseph M. Vann
    Joseph M. Vann
    Stephen Wagner
    420 Lexington Avenue, Suite 2400
    New York, New York 10170
    Tel: (212) 586-5800
    Fax: (212) 586-5095
    Email: jvann@ctswlaw.com
            swagner@ctswlaw.com

*Counsel for Defendant Justin Zayat*