**O'BRIEN LLP**

A.J. Monaco (NJ Attorney ID No. 042252004)

900 Third Avenue

18th Floor, Suite 1800

New York, New York 10022

Tel.: (212) 729-9243

ajmonaco@obrienllp.com

*Counsel to Plaintiff MGG INVESTMENT GROUP LP*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MGG INVESTMENT GROUP LP, | : |
| | : |
| Plaintiff, | :   Civil Action No. 2:21-cv-17843-MCA-MAH |
| | : |
| v. | : |
| | :   CIVIL ACTION |
| ZAYAT STABLES, LLC, AHMED A. ZAYAT, and JUSTIN ZAYAT, | : |
| | :   **STIPULATION OF DISMISSAL** |
| Defendants. | : |
| | : |
| | : |
| | : |

Plaintiff MGG INVESTMENT GROUP LP and Defendant JUSTIN ZAYAT, by and through their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. Rule 4l(a)(l) that each and every claim or counterclaim in this action be and hereby is DISMISSED with prejudice, each party to bear its own costs.

Dated: September 23, 2022

**O'BRIEN LLP**

By: /s/ *[signature]*

A.J. Monaco, Esq.
900 Third Avenue, 18th
Floor, New York, NY 10022
Tel: (212) 729-9243
Fax: (646) 205-3071
ajmonaco@obrienllp.com

*Counsel for Plaintiff MGG
Investment Group LP*

**COHEN TAUBER SPIEVACK &
WAGNER P.C.**

By: /s/ *[signature]*

Joseph M. Vann, Esq.
420 Lexington Avenue,
Suite 2400
New York, NY 10170
Tel: (212) 586-5800
jvann@ctswlaw.com
*Counsel for Defendant Justin Zayat*

SO ORDERED

_____*s/Madeline Cox Arleo*_____
MADELINE COX ARLEO, U.S.D.J.

Date:  9/27/22